| Case No.: | 11-36816-PGH | Trustee Name: | Nicole Testa Mehdipour |
|---|---|---|---|
| Case Name: | KANE, THOMAS F | Date Filed (f) or Converted (c): | 09/28/2011 (f) |
| For the Period Ending: | 03/31/2014 | §341(a) Meeting Date: | 11/01/2011 |
| | | Claims Bar Date: | 04/06/2012 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 13839 Le Mans Way, Palm Beach Gardens, FL 33410, | $1,298,025.00 | $0.00 | | $0.00 | FA |
| 2 | Vacant Land - 30 acres, Win Harbor, St Mary | $30,000.00 | $0.00 | | $0.00 | FA |
| 3 | Cash on hand | $10.00 | $0.00 | | $0.00 | FA |
| 4 | USAA Subscriber's Account | $8,805.85 | $8,805.85 | | $0.00 | FA |
| 5 | Bankatlantic Checking Act#7514 | $2,492.46 | $0.00 | | $0.00 | FA |
| 6 | Merrill Lynch CMA Act#3472 | $795.90 | $0.00 | | $0.00 | FA |
| 7 | Household Goods and Furnishings | $1,560.00 | $0.00 | | $0.00 | FA |
| 8 | Household Goods and Furnishings | $10,881.50 | $0.00 | | $0.00 | FA |
| 9 | Paintings on loan to Adare Manor | $275,000.00 | $0.00 | | $0.00 | FA |
| 10 | Sculpture by A. Thomas Schomberg | $284,200.00 | $35,025.00 | | $35,025.00 | FA |
| 11 | Adolph Sehring Paintings | $110,000.00 | $30,200.00 | | $30,200.00 | FA |
| 12 | Household Goods | $1,560.00 | $0.00 | | $0.00 | FA |
| 13 | Clothing of no value to another | $10.00 | $0.00 | | $0.00 | FA |
| 14 | 2 Watches (u) | $225.00 | $0.00 | | $0.00 | FA |
| 15 | Knights of Columbus Whole Life Insurance Policy | $9,400.00 | $0.00 | | $0.00 | FA |
| 16 | Thomas F. Kane, Inc. (holds 12.0547951% limited | $1,941.57 | Unknown | | $0.00 | Unknown |
| 17 | Adare Partners, LP 16.877% interest Assets: Deve | $650.56 | Unknown | | $0.00 | Unknown |
| 18 | Adare Manor, LP 16.877% interest Assets: Adare H | Unknown | Unknown | | $0.00 | Unknown |
| 19 | Adare Development, LLC 16.877% shareholder Inact | $0.00 | Unknown | | $0.00 | Unknown |
| 20 | MDC Holdings (5 shares) | Unknown | $0.00 | | $0.00 | FA |
| 21 | Adare Healthcare 1% interest No assets | $0.00 | Unknown | | $0.00 | Unknown |
| 22 | Aegis Investment Partners LLC 5.40% interest | Unknown | Unknown | | $0.00 | Unknown |

| Case No.: | 11-36816-PGH | Trustee Name: | Nicole Testa Mehdipour |
|---|---|---|---|
| Case Name: | KANE, THOMAS F | Date Filed (f) or Converted (c): | 09/28/2011 (f) |
| For the Period Ending: | 03/31/2014 | §341(a) Meeting Date: | 11/01/2011 |
| | | Claims Bar Date: | 04/06/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 23 Unpaid 2007 Distribution due from Adare Partners | $0.00 | Unknown | | $0.00 | Unknown |
| 24 Note due from liquidated property sold by Mountain | $18,500.00 | $18,280.00 | | $18,280.00 | FA |
| 25 2007 Mercedes 550 | $38,175.00 | $33,000.00 | | $0.00 | FA |
| 26 2007 Mercedes 280 | $17,750.00 | $7,000.00 | | $0.00 | FA |
| 27 Golf cart | $0.00 | $0.00 | | $0.00 | FA |
| 28 See attached listing | $0.00 | $0.00 | | $0.00 | FA |
| 29 Social security monthly benefits | $2,052.00 | $0.00 | | $0.00 | FA |
| 30 Veteran's benefits - monthly | $1,160.00 | $0.00 | | $0.00 | FA |
| 31 Contested Counterclaim against The Manufacturer' | Unknown | Unknown | | $0.00 | Unknown |
| INT Interest Earned (u) | Unknown | Unknown | | $0.00 | Unknown |

**TOTALS (Excluding unknown value)**                                                                    **Gross Value of Remaining Assets**

$2,113,194.84         $132,310.85         $83,505.00         $0.00

**Major Activities affecting case closing:**

03/28/2014   The main issues in this case are being negotiated between the Debtor, creditor Manufacturers Life Insurance ("ManuLife"), the Debtor's company Adare, and the Debtor's son Thomas Kane Jr. and his company Aegis. Most of the underlying issues relate back to a state court litigation still pending in Delaware. The parties are working on a global resolution of these issues, which discussions the Trustee is tangentially involved in as some of the issues related to the Trustee's ability to administer assets. The Trustee entered into a tolling agreement with Adare, which has been extended through April 25, 2014, while we continue to negotiate terms of a settlement. Rather than extending the tolling agreement with Kane Jr. and Aegis Investment Partners, LLC, we filed an adversary complaint on behalf of the Trustee for Breach of Note, Unjust Enrichment, Negligent Misrepresentation, Fraudulent Misrepresentation, and Recovery of Other Monetary Damages on March 27, 2014. Along with the Complaint, we served a request for production of documents. Finally, Manulife has two motions pending, a motion to approve settlement with the Debtor and a motion for stay relief, the hearings on which have been continued a number of times. In the event that the parties do not reach a resolution and these motions go forward, we will prepare objections to both.

Claims are being reviewed.

Tax returns do not need filing at this time.

| Case No.: | 11-36816-PGH | | Trustee Name: | Nicole Testa Mehdipour |
|---|---|---|---|---|
| Case Name: | KANE, THOMAS F | | Date Filed (f) or Converted (c): | 09/28/2011 (f) |
| For the Period Ending: | 03/31/2014 | | §341(a) Meeting Date: | 11/01/2011 |
| | | | Claims Bar Date: | 04/06/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

10/25/2013  Assets listed at 16-19, 21-23, 31:

The Trustee is engaged in the final stages of a global settlement with the Debtor's largest creditor and third parties related to the Debtor's interests in certain business holdings, an unpaid distribution, and a litigation claim. The Trustee anticipates the settlement, once finalized, will bring in a substantial recovery to the estate and significantly reduce claims.

Motion to Approve Compromise filed whereby the estate will receive $20,000.00 from Rabinowitz, Lubetkin and Tully (RTL) for preferential payments. Order is pending.

Trustee hired Bast Amron to represent her in this case. Counsel filed an objection to the Debtor's claimed TBE exemptions on personal property owned jointly with wife; and agreed order granting compromise motion recently entered, 2/6/13 at ECF 203. Counsel still investigating possible preferential/fraudulent transfer(s), demand letters sent.
Mediation occurred for a full day on 9/6/12 before Judge Olson.
Trustee is still negotiating settlements with Adare Partners and Aegis Capital, contemplating sale of the Debtor's ownership interests in each company.
Sale of artwork pending.
Trustee recently received funds for debtor's A/R interest in Mountain View property.
Claims Bar Date 4/6/12. Claims are being reviewed. Trustee may also file claim objections against some of the proofs of claim filed in the bankruptcy estate and may also bring avoidance actions for potential preferential and/or fraudulent transfers. The Trustee will continue to investigate those potential objections/claims.
Tax returns do not need filing at this time.

| Initial Projected Date Of Final Report (TFR): | 06/30/2012 | Current Projected Date Of Final Report (TFR): | 12/31/2014 | /s/ NICOLE TESTA MEHDIPOUR |
|---|---|---|---|---|
| | | | | NICOLE TESTA MEHDIPOUR |

# FORM 2

### CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1

| Case No. | 11-36816-PGH | Trustee Name: | Nicole Testa Mehdipour |
|---|---|---|---|
| Case Name: | KANE, THOMAS F | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | **-***3159 | Checking Acct #: | ******6766 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account |
| For Period Beginning: | 04/01/2013 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 03/31/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/14/2011 | (25) | Auction America, Inc. | Per Trustee's Notice of Auction dated 11/11/11; ECF #29 and Report of Auction dated 12/15/11; ECF #58 | 1129-000 | $33,000.00 | | $33,000.00 |
| 12/16/2011 | (4) | Thomas and Judy Kane | Turnover of non-exempt funds in USAA account | 1129-000 | $8,805.85 | | $41,805.85 |
| 01/20/2012 | 101 | Auction America, Inc. | Per Court Order dated 11/14/11; ECF #32 and per ROA dated 12/15/11; EDF #58 | 3620-000 | | $400.00 | $41,405.85 |
| 01/25/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $40.53 | $41,365.32 |
| 01/31/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $91.18 | $41,274.14 |
| 02/02/2012 | (26) | JUDY K. KANE | Per Court Order Approving Compromise dated 03/2/12; DE 97 | 1129-000 | $7,000.00 | | $48,274.14 |
| 02/29/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $94.19 | $48,179.95 |
| 03/30/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $98.72 | $48,081.23 |
| 04/30/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $95.24 | $47,985.99 |
| 05/31/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $108.17 | $47,877.82 |
| 06/15/2012 | 102 | TRUSTEE SERVICES, INC. | Per Order Granting Application to Employ Appraiser dated 06/06/12; ECF #143 | 3711-000 | | $400.00 | $47,477.82 |
| 06/29/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $94.59 | $47,383.23 |
| 07/31/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $103.56 | $47,279.67 |
| 08/31/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $100.11 | $47,179.56 |
| 09/28/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $90.23 | $47,089.33 |
| 10/31/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $106.14 | $46,983.19 |
| 11/30/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $96.27 | $46,886.92 |
| 12/07/2012 | | Green Bank | Transfer Funds | 9999-000 | | $46,886.92 | $0.00 |
| | | | **SUBTOTALS** | | $48,805.85 | $48,805.85 | |

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 11-36816-PGH | |
| Case Name: | KANE, THOMAS F | |
| Primary Taxpayer ID #: | **-***3159 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 04/01/2013 | |
| For Period Ending: | 03/31/2014 | |

| | |
|---|---|
| Trustee Name: | Nicole Testa Mehdipour |
| Bank Name: | The Bank of New York Mellon |
| Checking Acct #: | ******6766 |
| Account Title: | Checking Account |
| Blanket bond (per case limit): | $1,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | Deposit | Disbursement | Balance |
|---|---|---|---|
| **TOTALS:** | $48,805.85 | $48,805.85 | $0.00 |
| Less: Bank transfers/CDs | $0.00 | $46,886.92 | |
| **Subtotal** | $48,805.85 | $1,918.93 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| **Net** | $48,805.85 | $1,918.93 | |

**For the period of 04/01/2013 to 03/31/2014**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipt | $0.00 |
| Total Comp/Non Comp Receipts | $0.00 |
| Total Internal/Transfer Receipts | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursement | $0.00 |
| Total Comp/Non Comp Disbursements | $0.00 |
| Total Internal/Transfer Disbursements | $0.00 |

**For the entire history of the account between 12/14/2011 to 3/31/2014**

| | |
|---|---|
| Total Compensable Receipts: | $48,805.85 |
| Total Non-Compensable Receipt | $0.00 |
| Total Comp/Non Comp Receipts | $48,805.85 |
| Total Internal/Transfer Receipts | $0.00 |
| | |
| Total Compensable Disbursements: | $1,918.93 |
| Total Non-Compensable Disbursement | $0.00 |
| Total Comp/Non Comp Disbursements | $1,918.93 |
| Total Internal/Transfer Disbursements | $46,886.92 |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 3

| Case No. | 11-36816-PGH | | Trustee Name: | Nicole Testa Mehdipour |
|---|---|---|---|---|
| Case Name: | KANE, THOMAS F | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***3159 | | Checking Acct #: | ******1601 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 04/01/2013 | | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 03/31/2014 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/07/2012 | | The Bank of New York Mellon | Transfer Funds | 9999-000 | $46,886.92 | | $46,886.92 |
| 12/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $61.01 | $46,825.91 |
| 01/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $75.56 | $46,750.35 |
| 02/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $68.14 | $46,682.21 |
| 03/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $75.33 | $46,606.88 |
| 04/26/2013 | (24) | TD Bank Cahsiers Check | Payment turned over from Debtor for a sale of real property that he held an interest in. | 1149-000 | $18,280.00 | | $64,886.88 |
| 04/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $73.73 | $64,813.15 |
| 05/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $111.33 | $64,701.82 |
| 06/10/2013 | | Stampler Auctions | Per Notice of Sale and Report of Auction dated 06/10/2013; ECF #273 | * | $42,600.00 | | $107,301.82 |
| | {10} | | $22,500.00 | 1129-000 | | | $107,301.82 |
| | {11} | | $20,100.00 | 1129-000 | | | $107,301.82 |
| 06/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $136.43 | $107,165.39 |
| 07/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $172.93 | $106,992.46 |
| 08/26/2013 | | Stampler Auctions Trust Account | Per Notice of Sale dated 06/12/13; ECF #274 and Report of Auction dated 08/26/2013; ECF #286 | * | $22,625.00 | | $129,617.46 |
| | {10} | | $12,525.00 | 1129-000 | | | $129,617.46 |
| | {11} | | $10,100.00 | 1129-000 | | | $129,617.46 |
| 08/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $192.03 | $129,425.43 |
| 09/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $188.64 | $129,236.79 |
| 10/24/2013 | 5001 | Stampler Auctions | Per Order Granting Amended Appliciation for Compensation dated 10/18/13; ECF #311 | 3620-000 | | $9,500.00 | $119,736.79 |
| 10/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $210.63 | $119,526.16 |
| 11/18/2013 | 5002 | Brett Amron, Esquire | Attorney Fees per Court Order dated 11/14/13; ECF #316 | 3210-000 | | $40,571.25 | $78,954.91 |
| | | | **SUBTOTALS** | | $130,391.92 | $51,437.01 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 4

| | | |
|---|---|---|
| **Case No.** | 11-36816-PGH | |
| **Case Name:** | KANE, THOMAS F | |
| **Primary Taxpayer ID #:** | **-***3159 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 04/01/2013 | |
| **For Period Ending:** | 03/31/2014 | |

| | |
|---|---|
| **Trustee Name:** | Nicole Testa Mehdipour |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******1601 |
| **Account Title:** | DDA |
| **Blanket bond (per case limit):** | $1,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/18/2013 | 5003 | Brett Amron, Esquire | Attorney Expenses per Court Order dated 11/14/13; ECF #316 | 3220-000 | | $4,871.70 | $74,083.21 |
| 11/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $201.11 | $73,882.10 |
| 12/17/2013 | 5004 | Michael A. Borkowski II | Order Granting First Interim Application for Fees dated 11/15/13; ECF #317 | 3410-000 | | $17,037.09 | $56,845.01 |
| 12/17/2013 | 5005 | Michael A. Borkowski II | Order Granting First Interim Application for Expenses dated 11/15/13; ECF #317 | 3220-000 | | $202.99 | $56,642.02 |
| 12/26/2013 | | Wire Transfer In | Per Order Granting Motion to Approve Compromise dated 10/16/2013; RCF #306 | 1129-000 | $20,000.00 | | $76,642.02 |
| 12/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $146.51 | $76,495.51 |
| 01/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $133.17 | $76,362.34 |
| 02/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $111.30 | $76,251.04 |
| 03/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $115.10 | $76,135.94 |
| | | | **SUBTOTALS** | | $20,000.00 | $22,818.97 | |

**FORM 2**

Page No: 5

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | | |
|---|---|---|---|---|
| Case No. | 11-36816-PGH | | Trustee Name: | Nicole Testa Mehdipour |
| Case Name: | KANE, THOMAS F | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***3159 | | Checking Acct #: | ******1601 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 04/01/2013 | | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 03/31/2014 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | |
|---|---|---|---|---|
| | | **TOTALS:** | $150,391.92 | $74,255.98 | $76,135.94 |
| | | **Less: Bank transfers/CDs** | $46,886.92 | $0.00 | |
| | | **Subtotal** | $103,505.00 | $74,255.98 | |
| | | **Less: Payments to debtors** | $0.00 | $0.00 | |
| | | **Net** | $103,505.00 | $74,255.98 | |

| For the period of 04/01/2013 to 03/31/2014 | | For the entire history of the account between 12/07/2012 to 3/31/2014 | |
|---|---|---|---|
| Total Compensable Receipts: | $103,505.00 | Total Compensable Receipts: | $103,505.00 |
| Total Non-Compensable Receipt | $0.00 | Total Non-Compensable Receipt | $0.00 |
| Total Comp/Non Comp Receipts | $103,505.00 | Total Comp/Non Comp Receipts | $103,505.00 |
| Total Internal/Transfer Receipts | $0.00 | Total Internal/Transfer Receipts | $46,886.92 |
| | | | |
| Total Compensable Disbursements: | $73,975.94 | Total Compensable Disbursements: | $74,255.98 |
| Total Non-Compensable Disbursement | $0.00 | Total Non-Compensable Disbursement | $0.00 |
| Total Comp/Non Comp Disbursements | $73,975.94 | Total Comp/Non Comp Disbursements | $74,255.98 |
| Total Internal/Transfer Disbursements | $0.00 | Total Internal/Transfer Disbursements | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 6

| | | |
|---|---|---|
| Case No. | 11-36816-PGH | |
| Case Name: | KANE, THOMAS F | |
| Primary Taxpayer ID #: | **-***3159 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 04/01/2013 | |
| For Period Ending: | 03/31/2014 | |

| | |
|---|---|
| Trustee Name: | Nicole Testa Mehdipour |
| Bank Name: | Green Bank |
| Checking Acct #: | ******1601 |
| Account Title: | DDA |
| Blanket bond (per case limit): | $1,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

**TOTAL - ALL ACCOUNTS**

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $152,310.85 | $76,174.91 | $76,135.94 |

For the period of 04/01/2013 to 03/31/2014

| | |
|---|---|
| Total Compensable Receipts: | $103,505.00 |
| Total Non-Compensable Receipt | $0.00 |
| Total Comp/Non Comp Receipts | $103,505.00 |
| Total Internal/Transfer Receipts | $0.00 |
| | |
| Total Compensable Disbursements: | $73,975.94 |
| Total Non-Compensable Disbursement | $0.00 |
| Total Comp/Non Comp Disbursements | $73,975.94 |
| Total Internal/Transfer Disbursements | $0.00 |

For the entire history of the account between 12/07/2012 to 3/31/2014

| | |
|---|---|
| Total Compensable Receipts: | $152,310.85 |
| Total Non-Compensable Receipt | $0.00 |
| Total Comp/Non Comp Receipts | $152,310.85 |
| Total Internal/Transfer Receipts | $46,886.92 |
| | |
| Total Compensable Disbursements: | $76,174.91 |
| Total Non-Compensable Disbursement | $0.00 |
| Total Comp/Non Comp Disbursements | $76,174.91 |
| Total Internal/Transfer Disbursements | $46,886.92 |

/s/ NICOLE TESTA MEHDIPOUR

NICOLE TESTA MEHDIPOUR