UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| In re: | § | Case No. 11-36816-PGH |
|---|---|---|
| | § | |
| THOMAS F KANE | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Nicole Testa Mehdipour, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $1,620,591.99 | Assets Exempt: | $14,612.00 |
| Total Distributions to Claimants: | $175,865.17 | Claims Discharged Without Payment: | $12,071,440.30 |
| Total Expenses of Administration: | $386,445.68 | | |

3) Total gross receipts of $562,310.85 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $562,310.85 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $482,964.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $386,445.68 | $386,445.68 | $386,445.68 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $4,760,807.52 | $27,366,733.81 | $7,486,497.95 | $175,865.17 |
| **Total Disbursements** | $5,243,771.52 | $27,753,179.49 | $7,872,943.63 | $562,310.85 |

    4). This case was originally filed under chapter 7 on 09/28/2011. The case was pending for 63 months.

    5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>12/27/2016</u>       By: <u>/s/ Nicole Testa Mehdipour</u>
                                                      Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 2007 Mercedes 280 | 1129-000 | $7,000.00 |
| 2007 Mercedes 550 | 1129-000 | $33,000.00 |
| Adolph Sehring Paintings | 1129-000 | $30,200.00 |
| Contested Counterclaim against The Manufacturer | 1129-000 | $20,000.00 |
| Sculpture by A. Thomas Schomberg | 1129-000 | $35,025.00 |
| USAA Subscriber's Account | 1129-000 | $8,805.85 |
| Aegis | 1149-000 | $30,000.00 |
| Aegis Investment Partners LLC 5.40% interest | 1149-000 | $60,000.00 |
| DEP REVERSE: Aegis | 1149-000 | ($30,000.00) |
| Note due from liquidated property sold by Mountain | 1149-000 | $18,280.00 |
| Settlement Agreement /Manufacturers Life, Adare Manor and Adare Partners | 1249-000 | $350,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$562,310.85** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Atlantic Il | 4110-000 | $482,964.00 | $0.00 | $0.00 | $0.00 |
| | The Manufacturers Life Insurance Co | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$482,964.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Nicole Testa Mehdipour, Trustee, Trustee | 2100-000 | NA | $31,365.54 | $31,365.54 | $31,365.54 |
| Nicole Testa Mehdipour, Trustee, Trustee | 2200-000 | NA | $569.13 | $569.13 | $569.13 |
| Green Bank | 2600-000 | NA | $13,816.26 | $13,816.26 | $13,816.26 |
| The Bank of New | 2600-000 | NA | $1,118.93 | $1,118.93 | $1,118.93 |

| | | | | | | |
|---|---|---|---|---|---|---|
| York Mellon | | | | | | |
| Brett Amron, Esquire, Attorney for Trustee | 3210-000 | | NA | $223,734.00 | $223,734.00 | $223,734.00 |
| Brett Amron, Esquire, Attorney for Trustee | 3220-000 | | NA | $11,604.44 | $11,604.44 | $11,604.44 |
| Michael A. Borkowski II, Accountant for Trustee | 3410-000 | | NA | $93,374.30 | $93,374.30 | $93,374.30 |
| Michael A. Borkowski II, Accountant for Trustee | 3420-000 | | NA | $563.08 | $563.08 | $563.08 |
| Auction America, Inc., Auctioneer for Trustee | 3620-000 | | NA | $400.00 | $400.00 | $400.00 |
| Stampler Auctions, Auctioneer for Trustee | 3620-000 | | NA | $9,500.00 | $9,500.00 | $9,500.00 |
| TRUSTEE SERVICES, INC., Appraiser for Trustee | 3711-000 | | NA | $400.00 | $400.00 | $400.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | NA | $386,445.68 | $386,445.68 | $386,445.68 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Irish Bank Resolution Corporation Limited | 7100-000 | $0.00 | $477,957.52 | $477,957.52 | $11,227.69 |
| 2 | Rabinowitz, Lubetkin & Tully, LLC | 7100-000 | $0.00 | $31,863.20 | $0.00 | $0.00 |
| 3 | Schreck Bavaro & Co LLC | 7100-000 | $0.00 | $8,540.43 | $8,540.43 | $200.62 |
| 4 | The Manufacturers Life Insurance Co | 7100-000 | $0.00 | $13,201,900.55 | $0.00 | $0.00 |
| 4-1 | The Manufacturers Life Insurance Co | 7100-000 | $0.00 | $13,201,900.55 | $7,000,000.00 | $164,436.86 |
| 5. | Adare Partners, LP | 7100-000 | $0.00 | $444,571.56 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| | Adare Partners, LP | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Anglo Irish Bank | 7100-000 | $485,000.00 | $0.00 | $0.00 | $0.00 |
| | Capio Partners | 7100-000 | $807.52 | $0.00 | $0.00 | $0.00 |
| | Eisner Amper, LLP | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Ken Langone | 7100-000 | $4,250,000.00 | $0.00 | $0.00 | $0.00 |
| | Moriarty Leyendicker PC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Rabinowitz, Lubetkin & Tully | 7100-000 | $25,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $4,760,807.52 | $27,366,733.81 | $7,486,497.95 | $175,865.17 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1    Exhibit 8

| Case No.: | 11-36816-PGH | Trustee Name: | Nicole Testa Mehdipour, Trust |
|---|---|---|---|
| Case Name: | KANE, THOMAS F | Date Filed (f) or Converted (c): | 09/28/2011 (f) |
| For the Period Ending: | 12/27/2016 | §341(a) Meeting Date: | 11/01/2011 |
| | | Claims Bar Date: | 04/06/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  13839 Le Mans Way, Palm Beach Gardens, FL 33410, | $1,298,025.00 | $0.00 | | $0.00 | FA |
| 2  Vacant Land - 30 acres, Win Harbor, St Mary | $30,000.00 | $0.00 | | $0.00 | FA |
| 3  Cash on hand | $10.00 | $0.00 | | $0.00 | FA |
| 4  USAA Subscriber's Account | $8,805.85 | $8,805.85 | | $8,805.85 | FA |
| 5  Bankatlantic Checking Act#7514 | $2,492.46 | $0.00 | | $0.00 | FA |
| 6  Merrill Lynch CMA Act#3472 | $795.90 | $0.00 | | $0.00 | FA |
| 7  Household Goods and Furnishings | $1,560.00 | $0.00 | | $0.00 | FA |
| 8  Household Goods and Furnishings | $10,881.50 | $0.00 | | $0.00 | FA |
| 9  Paintings on loan to Adare Manor | $275,000.00 | $0.00 | | $0.00 | FA |
| 10  Sculpture by A. Thomas Schomberg | $284,200.00 | $35,025.00 | | $35,025.00 | FA |
| 11  Adolph Sehring Paintings | $110,000.00 | $30,200.00 | | $30,200.00 | FA |
| 12  VOID/DUPLICATE ENTRY                                (u) | $0.00 | $0.00 | | $0.00 | FA |
| 13  Clothing of no value to another | $10.00 | $0.00 | | $0.00 | FA |
| 14  2 Watches                                             (u) | $225.00 | $0.00 | | $0.00 | FA |
| 15  Knights of Columbus Whole Life Insurance Policy | $9,400.00 | $0.00 | | $0.00 | FA |
| 16  Thomas F. Kane, Inc. (holds 12.0547951% limited | $1,941.57 | $0.00 | OA | $0.00 | FA |
| 17  Adare Partners, LP 16.877% interest Assets: Deve | $650.56 | $0.00 | OA | $0.00 | FA |
| 18  Adare Manor, LP 16.877% interest Assets: Adare H | Unknown | $0.00 | OA | $0.00 | FA |
| 19  Adare Development, LLC 16.877% shareholder Inact | $0.00 | $0.00 | OA | $0.00 | FA |
| 20  MDC Holdings (5 shares) | Unknown | $0.00 | | $0.00 | FA |
| 21  Adare Healthcare 1% interest No assets | $0.00 | $0.00 | OA | $0.00 | FA |
| 22  Aegis Investment Partners LLC 5.40% interest | Unknown | $60,000.00 | | $60,000.00 | FA |
| 23  Unpaid 2007 Distribution due from Adare Partners | $0.00 | $0.00 | | $0.00 | FA |

| Case No.: | 11-36816-PGH | Trustee Name: | Nicole Testa Mehdipour, Trust |
|---|---|---|---|
| Case Name: | KANE, THOMAS F | Date Filed (f) or Converted (c): | 09/28/2011 (f) |
| For the Period Ending: | 12/27/2016 | §341(a) Meeting Date: | 11/01/2011 |
| | | Claims Bar Date: | 04/06/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 24  Note due from liquidated property sold by Mountain | $18,500.00 | $18,280.00 | | $18,280.00 | FA |
| 25  2007 Mercedes 550 | $38,175.00 | $33,000.00 | | $33,000.00 | FA |
| 26  2007 Mercedes 280 | $17,750.00 | $7,000.00 | | $7,000.00 | FA |
| 27  Golf cart | $0.00 | $0.00 | | $0.00 | FA |
| 28  Office Equipment, furnishings and supplies | $0.00 | $0.00 | | $0.00 | FA |
| 29  Social security monthly benefits | $2,052.00 | $0.00 | | $0.00 | FA |
| 30  Veteran's benefits - monthly | $1,160.00 | $0.00 | | $0.00 | FA |
| 31  Contested Counterclaim against The Manufacturer | Unknown | $20,000.00 | | $20,000.00 | FA |
| 32  Settlement Agreement /Manufacturers Life, Adare Manor and Adare Partners (u) | $0.00 | $350,000.00 | | $350,000.00 | FA |
| INT  Interest Earned (u) | Unknown | Unknown | | $0.00 | Unknown |

**TOTALS (Excluding unknown value)**

|  | $2,111,634.84 | $562,310.85 | | $562,310.85 | **Gross Value of Remaining Assets** $0.00 |
|---|---|---|---|---|---|

**Major Activities affecting case closing:**

08/25/2016   Final payment received. Final tax returns filed. The Trustee is awaiting final fee applications to be filed. Upon filing, the TFR will follow.

02/01/2016   Trustee is awaiting the final payment of $30,000.00 . Final payment is due 07/12/16. Upon receipt, the Trustee will request final fee applications and tax returns and file the TFR.

06/12/2015   Per Order Granting Motion To Compromise Controversy dated 06/12/15; ECF #372 Kane Jr. and Aegis will pay $60,000.00. $30,000.00 within 30 days from the date of the Order and will make an additional payment of $30,000.00 imediately via wire no later than one year after payment date. If funds are paid within nine months of the payment date the sum will reduce to $24,000.00.

| Case No.: | 11-36816-PGH | Trustee Name: | Nicole Testa Mehdipour, Trust |
| Case Name: | KANE, THOMAS F | Date Filed (f) or Converted (c): | 09/28/2011 (f) |
| For the Period Ending: | 12/27/2016 | §341(a) Meeting Date: | 11/01/2011 |
| | | Claims Bar Date: | 04/06/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

03/25/2015  The Court entered an order granting our motion for summary judgment against Aegis as to breach of the note and denying Kane Jr.'s motion for summary judgment as to the counts for negligent and fraudulent misrepresentation. After a review of the motions and responses, and without conducting a hearing, the Court entered an order which awarded a $313,903.25 judgment against Aegis (with an opportunity to seek fees and costs) and a trial against Kane, Jr. as to the remaining counts.
Through Counsel, the Trustee will file a motion to quantify fees and interest and get a judgment upon which to execute and to complete limited discovery and prepare for trial against Mr. Kane Jr as to the remaining counts.

Asset #22 is the subject of pending litigation – Adv. Proc. 14-1327-BKC-PGH
Due to the ongoing litigation, it would be improvident of the Trustee to ascribe a value to the asset at this time.

Per Order Granting Motion to Approve Global Settlement dated 07/25/14; ECF #349 the estate received $350,000.00.

Per Order Granting Motion to Approve Compromise dated 10/16/2013; RCF #306, the estate received $20,000.00 for asset #31.

Claims objections are being reviewed.

Tax returns are current.

03/28/2014  The main issues in this case are being negotiated between the Debtor, creditor Manufacturers Life Insurance ("ManuLife"), the Debtor's company Adare, and the Debtor's son Thomas Kane Jr. and his company Aegis. Most of the underlying issues relate back to a state court litigation still pending in Delaware. The parties are working on a global resolution of these issues, which discussions the Trustee is tangentially involved in as some of the issues related to the Trustee's ability to administer assets. The Trustee entered into a tolling agreement with Adare, which the Trustee has extended through April 25, 2014, while we continue to negotiate terms of a settlement. Rather than extending the tolling agreement with Kane Jr. and Aegis Investment Partners, LLC, the Trustee filed an adversary complaint on behalf of the Trustee for Breach of Note, Unjust Enrichment, Negligent Misrepresentation, Fraudulent Misrepresentation, and Recovery of Other Monetary Damages on March 27, 2014. Along with the Complaint, we served a request for production of documents. Finally, Manulife has two motions pending, a motion to approve settlement with the Debtor and a motion for stay relief, the hearings on which have been continued a number of times. In the event that the parties do not reach a resolution and these motions go forward, we will prepare objections to both.
Claims are being reviewed.
Tax returns do not need filing at this time.

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 4    Exhibit 8

| Case No.: | 11-36816-PGH | Trustee Name: | Nicole Testa Mehdipour, Trust |
|---|---|---|---|
| Case Name: | KANE, THOMAS F | Date Filed (f) or Converted (c): | 09/28/2011 (f) |
| For the Period Ending: | 12/27/2016 | §341(a) Meeting Date: | 11/01/2011 |
| | | Claims Bar Date: | 04/06/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

10/25/2013   Assets listed at 16-19, 21-23, 31:

The Trustee is engaged in the final stages of a global settlement with the Debtor's largest creditor and third parties related to the Debtor's interests in certain business holdings, an unpaid distribution, and a litigation claim. The Trustee anticipates the settlement, once finalized, will bring in a substantial recovery to the estate and significantly reduce claims.

Motion to Approve Compromise filed whereby the estate will receive $20,000.00 from Rabinowitz, Lubetkin and Tully (RTL) for preferential payments. Order is pending.

Trustee hired Bast Amron to represent her in this case. Counsel filed an objection to the Debtor's claimed TBE exemptions on personal property owned jointly with wife; and agreed order granting compromise motion recently entered, 2/6/13 at ECF 203. Counsel still investigating possible preferential/fraudulent transfer(s), demand letters sent.
Mediation occurred for a full day on 9/6/12 before Judge Olson.
Trustee is still negotiating settlements with Adare Partners and Aegis Capital, contemplating sale of the Debtor's ownership interests in each company.
Sale of artwork pending.
Trustee recently received funds for debtor's A/R interest in Mountain View property.
Claims Bar Date 4/6/12. Claims are being reviewed. Trustee may also file claim objections against some of the proofs of claim filed in the bankruptcy estate and may also bring avoidance actions for potential preferential and/or fraudulent transfers. The Trustee will continue to investigate those potential objections/claims.
Tax returns do not need filing at this time.

| Initial Projected Date Of Final Report (TFR): | 06/30/2012 | Current Projected Date Of Final Report (TFR): | 12/31/2016 | /s/ NICOLE TESTA MEHDIPOUR, TRUSTEE |
|---|---|---|---|---|

NICOLE TESTA MEHDIPOUR, TRUSTEE

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-36816-PGH | Trustee Name: | Nicole Testa Mehdipour, Trustee |
|---|---|---|---|
| Case Name: | KANE, THOMAS F | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | **-***3159 | Checking Acct #: | ******6766 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account |
| For Period Beginning: | 9/28/2011 | Blanket bond (per case limit): | $135,654,000.00 |
| For Period Ending: | 12/27/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/14/2011 | (25) | Auction America, Inc. | Per Trustee's Notice of Auction dated 11/11/11; ECF #29 and Report of Auction dated 12/15/11; ECF #58 | 1129-000 | $33,000.00 | | $33,000.00 |
| 12/16/2011 | (4) | Thomas and Judy Kane | Turnover of non-exempt funds in USAA account | 1129-000 | $8,805.85 | | $41,805.85 |
| 01/20/2012 | 101 | Auction America, Inc. | Per Court Order dated 11/14/11; ECF #32 and per Report of Auction dated 12/15/11; ECF #58 | 3620-000 | | $400.00 | $41,405.85 |
| 01/25/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $40.53 | $41,365.32 |
| 01/31/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $91.18 | $41,274.14 |
| 02/02/2012 | (26) | JUDY K. KANE | Per Court Order Approving Compromise dated 03/2/12; DE 97 | 1129-000 | $7,000.00 | | $48,274.14 |
| 02/29/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $94.19 | $48,179.95 |
| 03/30/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $98.72 | $48,081.23 |
| 04/30/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $95.24 | $47,985.99 |
| 05/31/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $108.17 | $47,877.82 |
| 06/15/2012 | 102 | TRUSTEE SERVICES, INC. | Per Order Granting Application to Employ Appraiser dated 06/06/12; ECF #143 | 3711-000 | | $400.00 | $47,477.82 |
| 06/29/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $94.59 | $47,383.23 |
| 07/31/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $103.56 | $47,279.67 |
| 08/31/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $100.11 | $47,179.56 |
| 09/28/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $90.23 | $47,089.33 |
| 10/31/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $106.14 | $46,983.19 |
| 11/30/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $96.27 | $46,886.92 |
| 12/07/2012 | | Green Bank | Transfer Funds | 9999-000 | | $46,886.92 | $0.00 |

SUBTOTALS     $48,805.85     $48,805.85

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-36816-PGH | Trustee Name: | Nicole Testa Mehdipour, Trustee |
|---|---|---|---|
| Case Name: | KANE, THOMAS F | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | **-***3159 | Checking Acct #: | ******6766 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account |
| For Period Beginning: | 9/28/2011 | Blanket bond (per case limit): | $135,654,000.00 |
| For Period Ending: | 12/27/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | | Deposit | Disbursement | Balance |
|---|---|---|---|---|---|---|---|
| | | | TOTALS: | | $48,805.85 | $48,805.85 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $46,886.92 | |
| | | | Subtotal | | $48,805.85 | $1,918.93 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $48,805.85 | $1,918.93 | |

**For the period of 9/28/2011 to 12/27/2016**

| | |
|---|---|
| Total Compensable Receipts: | $48,805.85 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $48,805.85 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,918.93 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,918.93 |
| Total Internal/Transfer Disbursements: | $46,886.92 |

**For the entire history of the account between 12/14/2011 to 12/27/2016**

| | |
|---|---|
| Total Compensable Receipts: | $48,805.85 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $48,805.85 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,918.93 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,918.93 |
| Total Internal/Transfer Disbursements: | $46,886.92 |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-36816-PGH | Trustee Name: | Nicole Testa Mehdipour, Trustee |
|---|---|---|---|
| Case Name: | KANE, THOMAS F | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***3159 | Checking Acct #: | ******1601 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 9/28/2011 | Blanket bond (per case limit): | $135,654,000.00 |
| For Period Ending: | 12/27/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/07/2012 | | The Bank of New York Mellon | Transfer Funds | 9999-000 | $46,886.92 | | $46,886.92 |
| 12/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $61.01 | $46,825.91 |
| 01/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $75.56 | $46,750.35 |
| 02/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $68.14 | $46,682.21 |
| 03/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $75.33 | $46,606.88 |
| 04/26/2013 | (24) | TD Bank Cahsiers Check | Payment turned over from Debtor for a sale of real property that he held an interest in. | 1149-000 | $18,280.00 | | $64,886.88 |
| 04/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $73.73 | $64,813.15 |
| 05/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $111.33 | $64,701.82 |
| 06/10/2013 | | Stampler Auctions | Per Order Approving Sale dated 02/05/3; ECF #217; Per Notice of Sale dated 06/12/16; ECF #274 and Report of Auction dated 06/10/2013; ECF #273 | * | $42,600.00 | | $107,301.82 |
| | {10} | | $22,500.00 | 1129-000 | | | $107,301.82 |
| | {11} | | $20,100.00 | 1129-000 | | | $107,301.82 |
| 06/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $136.43 | $107,165.39 |
| 07/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $172.93 | $106,992.46 |
| 08/26/2013 | | Stampler Auctions Trust Account | Per Notice of Sale dated 06/12/13; ECF #274 and Report of Auction dated 08/26/2013; ECF #286 | * | $22,625.00 | | $129,617.46 |
| | {10} | | $12,525.00 | 1129-000 | | | $129,617.46 |
| | {11} | | $10,100.00 | 1129-000 | | | $129,617.46 |
| 08/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $192.03 | $129,425.43 |
| 09/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $188.64 | $129,236.79 |
| 10/24/2013 | 5001 | Stampler Auctions | Per Order Granting Amended Applicialtion for Compensation dated 10/18/13; ECF #311 | 3620-000 | | $9,500.00 | $119,736.79 |
| 10/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $210.63 | $119,526.16 |
| 11/18/2013 | 5002 | Brett Amron, Esquire | Attorney Fees per Court Order dated 11/14/13; ECF #316 | 3210-000 | | $40,571.25 | $78,954.91 |
| 11/18/2013 | 5003 | Brett Amron, Esquire | Attorney Expenses per Court Order dated 11/14/13; ECF #316 | 3220-000 | | $4,871.70 | $74,083.21 |

**SUBTOTALS** $130,391.92  $56,308.71

# FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 11-36816-PGH | Trustee Name: | Nicole Testa Mehdipour, Trustee |
|---|---|---|---|
| Case Name: | KANE, THOMAS F | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***3159 | Checking Acct #: | ******1601 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 9/28/2011 | Blanket bond (per case limit): | $135,654,000.00 |
| For Period Ending: | 12/27/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $201.11 | $73,882.10 |
| 12/17/2013 | 5004 | Michael A. Borkowski II | Order Granting First Interim Application for Fees dated 11/15/13; ECF #317 | 3410-000 | | $17,037.09 | $56,845.01 |
| 12/17/2013 | 5005 | Michael A. Borkowski II | Order Granting First Interim Application for Expenses dated 11/15/13; ECF #317 | 3420-000 | | $202.99 | $56,642.02 |
| 12/26/2013 | (31) | Wire Transfer In | Per Order Granting Motion to Approve Compromise dated 10/16/2013; ECF #306 | 1129-000 | $20,000.00 | | $76,642.02 |
| 12/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $146.51 | $76,495.51 |
| 01/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $133.17 | $76,362.34 |
| 02/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $111.30 | $76,251.04 |
| 03/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $115.10 | $76,135.94 |
| 04/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $118.89 | $76,017.05 |
| 05/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $126.62 | $75,890.43 |
| 06/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $114.56 | $75,775.87 |
| 07/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $122.27 | $75,653.60 |
| 08/18/2014 | (32) | Wire Transfer In | Per Order Approving Settlement between the Trustee, Manufacturer's Life Ins., Adare Manor LP and Adare Partners LP dated July 25, 14; ECF #349. | 1249-000 | $350,000.00 | | $425,653.60 |
| 08/29/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $453.96 | $425,199.64 |
| 09/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $641.87 | $424,557.77 |
| 10/30/2014 | 5006 | Michael A. Borkowski II | Accountant for Trustee Fees per Court Order dated 10/24/14; ECF #364 | 3410-000 | | $32,225.55 | $392,332.22 |
| 10/30/2014 | 5007 | Michael A. Borkowski II | Accountant for Trustee Expenses per Court Order dated 10/24/14; ECF #364 | 3420-000 | | $205.15 | $392,127.07 |
| 10/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $729.30 | $391,397.77 |
| 11/07/2014 | 5008 | Brett Amron, LLP | Per Order Granting Second Interim Application for Compensation dated 11/04/14; ECF #366 | 3210-000 | | $135,662.75 | $255,735.02 |
| 11/07/2014 | 5009 | Brett Amron, LLP | Per Order Granting Second Interim Application for Expenses dated 11/04/14; ECF #366 | 3220-000 | | $1,559.70 | $254,175.32 |
| | | | **SUBTOTALS** | | $370,000.00 | $189,907.89 | |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-36816-PGH | Trustee Name: | Nicole Testa Mehdipour, Trustee |
|---|---|---|---|
| Case Name: | KANE, THOMAS F | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***3159 | Checking Acct #: | ******1601 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 9/28/2011 | Blanket bond (per case limit): | $135,654,000.00 |
| For Period Ending: | 12/27/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $495.27 | $253,680.05 |
| 12/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $409.36 | $253,270.69 |
| 01/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $421.88 | $252,848.81 |
| 02/27/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $368.53 | $252,480.28 |
| 03/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $394.28 | $252,086.00 |
| 04/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $393.66 | $251,692.34 |
| 05/29/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $406.15 | $251,286.19 |
| 06/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $392.41 | $250,893.78 |
| 07/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $430.98 | $250,462.80 |
| 08/07/2015 | (22) | Thomas Kane Jr | Per Order Granting Motion To Compromise Controversy dated 06/12/15; ECF #372 | 1149-000 | $30,000.00 | | $280,462.80 |
| 08/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $418.69 | $280,044.11 |
| 09/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $437.32 | $279,606.79 |
| 10/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $465.75 | $279,141.04 |
| 11/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $421.38 | $278,719.66 |
| 12/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $449.76 | $278,269.90 |
| 01/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $449.04 | $277,820.86 |
| 02/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $419.39 | $277,401.47 |
| 03/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $447.64 | $276,953.83 |
| 04/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $446.92 | $276,506.91 |
| 05/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $431.80 | $276,075.11 |
| 06/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $431.13 | $275,643.98 |
| 07/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $444.80 | $275,199.18 |
| 08/22/2016 | (22) | AEGIS CAPITAL MANAGEMENT, LLC | Per Order Granting Motion To Compromise Controversy dated 06/12/15; ECF #372 | 1129-000 | $30,000.00 | | $305,199.18 |
| 08/23/2016 | | Aegis | Duplicate Wire Entry | 1149-000 | $30,000.00 | | $335,199.18 |
| 08/25/2016 | | DEP REVERSE: Aegis | Duplicate Wire Entry | 1149-000 | ($30,000.00) | | $305,199.18 |
| 08/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $459.70 | $304,739.48 |

                                                           **SUBTOTALS**    $60,000.00    $9,435.84

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-36816-PGH | Trustee Name: | Nicole Testa Mehdipour, Trustee |
|---|---|---|---|
| Case Name: | KANE, THOMAS F | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***3159 | Checking Acct #: | ******1601 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 9/28/2011 | Blanket bond (per case limit): | $135,654,000.00 |
| For Period Ending: | 12/27/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/12/2016 | 5010 | Michael A. Borkowski II | Accountant for Trustee Expenses per Court Order dated 10/12/16; ECF #381 | 3420-000 | | $154.94 | $304,584.54 |
| 10/12/2016 | 5011 | Michael A. Borkowski II | Accountant for Trustee Fees per Court Order dated 10/12/16; ECF #381 | 3410-000 | | $44,111.66 | $260,472.88 |
| 10/12/2016 | 5012 | Brett Amron, LLP | Attorney for Trustee Expenses per Court Order dated 10/12/16; ECF #381 | 3220-000 | | $5,173.04 | $255,299.84 |
| 10/12/2016 | 5013 | Brett Amron, LLP | Attorney for Trustee Fees per Court Order dated 10/12/16; ECF #381 | 3210-000 | | $47,500.00 | $207,799.84 |
| 10/12/2016 | 5014 | Nicole Testa Mehdipour, Trustee | Trustee Compensation per Court Order dated 10/12/16; ECF #381 | 2100-000 | | $31,365.54 | $176,434.30 |
| 10/12/2016 | 5015 | Nicole Testa Mehdipour, Trustee | Trustee Expenses per Court Order dated 10/12/16; ECF #381 | 2200-000 | | $569.13 | $175,865.17 |
| 10/12/2016 | 5016 | Irish Bank Resolution Corporation Limited | Claim #: 1;  Amount Allowed: 477,957.52;   Amount Claimed: 477,957.52; Distribution Dividend: 2.35; | 7100-000 | | $11,227.69 | $164,637.48 |
| 10/12/2016 | 5017 | Schreck Bavaro & Co LLC | Claim #: 3;  Amount Allowed: 8,540.43;   Amount Claimed: 8,540.43; Distribution Dividend: 2.35; | 7100-000 | | $200.62 | $164,436.86 |
| 10/12/2016 | 5018 | The Manufacturers Life Insurance Co | Claim #: 4;  Amount Allowed: 7,000,000.00;   Amount Claimed: 13,201,900.55; Distribution Dividend: 2.35; | 7100-000 | | $164,436.86 | $0.00 |

| | | | | SUBTOTALS | $0.00 | $304,739.48 |
|---|---|---|---|---|---|---|

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-36816-PGH | Trustee Name: | Nicole Testa Mehdipour, Trustee |
|---|---|---|---|
| Case Name: | KANE, THOMAS F | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***3159 | Checking Acct #: | ******1601 |
| Co-Debtor Taxpayer ID #: |  | Account Title: | DDA |
| For Period Beginning: | 9/28/2011 | Blanket bond (per case limit): | $135,654,000.00 |
| For Period Ending: | 12/27/2016 | Separate bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
|  |  |  | **TOTALS:** |  | $560,391.92 | $560,391.92 | $0.00 |
|  |  |  | **Less: Bank transfers/CDs** |  | $46,886.92 | $0.00 |  |
|  |  |  | **Subtotal** |  | $513,505.00 | $560,391.92 |  |
|  |  |  | **Less: Payments to debtors** |  | $0.00 | $0.00 |  |
|  |  |  | **Net** |  | $513,505.00 | $560,391.92 |  |

| For the period of 9/28/2011 to 12/27/2016 | | For the entire history of the account between 12/07/2012 to 12/27/2016 | |
|---|---|---|---|
| Total Compensable Receipts: | $513,505.00 | Total Compensable Receipts: | $513,505.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $513,505.00 | Total Comp/Non Comp Receipts: | $513,505.00 |
| Total Internal/Transfer Receipts: | $46,886.92 | Total Internal/Transfer Receipts: | $46,886.92 |
|  |  |  |  |
| Total Compensable Disbursements: | $560,391.92 | Total Compensable Disbursements: | $560,391.92 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $560,391.92 | Total Comp/Non Comp Disbursements: | $560,391.92 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-36816-PGH | | Trustee Name: | Nicole Testa Mehdipour, Trustee |
|---|---|---|---|---|
| Case Name: | KANE, THOMAS F | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***3159 | | Checking Acct #: | ******1601 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 9/28/2011 | | Blanket bond (per case limit): | $135,654,000.00 |
| For Period Ending: | 12/27/2016 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $562,310.85 | $562,310.85 | $0.00 |

| For the period of 9/28/2011 to 12/27/2016 | | For the entire history of the case between 09/28/2011 to 12/27/2016 | |
|---|---|---|---|
| Total Compensable Receipts: | $562,310.85 | Total Compensable Receipts: | $562,310.85 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $562,310.85 | Total Comp/Non Comp Receipts: | $562,310.85 |
| Total Internal/Transfer Receipts: | $46,886.92 | Total Internal/Transfer Receipts: | $46,886.92 |
| | | | |
| Total Compensable Disbursements: | $562,310.85 | Total Compensable Disbursements: | $562,310.85 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $562,310.85 | Total Comp/Non Comp Disbursements: | $562,310.85 |
| Total Internal/Transfer Disbursements: | $46,886.92 | Total Internal/Transfer Disbursements: | $46,886.92 |

/s/ NICOLE TESTA MEHDIPOUR, TRUSTEE

NICOLE TESTA MEHDIPOUR, TRUSTEE