**CGFD28** (10/01/16)



**ORDERED in the Southern District of Florida on April 11, 2017**

Paul G. Hyman, Jr.
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 11–36816–PGH

Chapter: 7

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Thomas F Kane
13839 Le Mans Way
Palm Beach Gardens, FL 33410

SSN: xxx–xx–6849

## FINAL DECREE

The trustee, Nicole Testa Mehdipour, having filed a final report that the estate has been fully administered, is discharged and the case is closed.